# LEE LITIGATION GROUP, PLLC
148 WEST 24TH STREET, EIGHTH FLOOR
NEW YORK, NY 10011
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:  212-465-1188
                  cklee@leelitigation.com

August 5, 2020

**Via ECF**
The Honorable Judge Lewis Liman, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

> Application GRANTED.  The Initial Pretrial Conference previously set for August 10, 2020 is ADJOURNED to September 9, 2020 at 2:00 p.m.  The parties are directed to call (888) 251-2909 and use access code 2123101.
> *No further extensions.*
>
> 8/5/2020
>
> *[signature]*
> LEWIS J. LIMAN
> United States District Judge

      Re:  *Caceres v. Tawh, Inc. et al*
            Docket No. 1:20-cv-02082 (LJL)

Dear Judge Liman:

    We are counsel to Plaintiff.  We write to respectfully request an adjournment of the initial conference that has been scheduled for August 10, 2020 at 2:30 p.m. as Defendants' counsel has not appeared in this case.

    On June 1, 2020, your Honor granted a sixty (60) day extension of Plaintiff's time to serve Defendants.  This moved the last permissible date of service from June 7, 2020 to August 6, 2020.  Due to Plaintiff's need for additional time to serve, your honor adjourned the initial conference from its scheduled date in June to the current date of August 10, 2020.

    As of July 29, 2020, Plaintiff has successfully served all Defendants in this matter.  Because Plaintiff has only recently completed service, Defendants and/or their counsel have not had an opportunity to appear.

    We respectfully request that the initial conference be adjourned to September 7, 2020 or a later date.

    Thank you for the Court's kind consideration.

Respectfully submitted,

*/s/ C.K. Lee*
C.K. Lee, Esq.

cc:    all parties via ECF