**WESTERMAN BALL EDERER MILLER ZUCKER & SHARFSTEIN, LLP**

January 12, 2021

**MEMORANDUM ENDORSEMENT**

**VIA ECF**

Honorable Gabriel W. Gorenstein
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**The conference scheduled for January 15, 2021 is adjourned sine die. The parties shall report on the status of this matter by letter filed on ECF on or before February 16, 2021.**

**So Ordered.**

_/s/ Gabriel W. Gorenstein_
GABRIEL W. GORENSTEIN
United States Magistrate Judge
**January 12, 2021**

Re:   *Caceres v. Tawh, Inc. et al.*
      Case No.: 20-cv-02082 (LJL)

Dear Magistrate Judge Gorenstein:

I am counsel to Defendants TAWH, Inc. (d/b/a Total Automotive Warehouse, Inc.), William Goldkranz and Jerry Goldkranz (collectively referred to as the "Defendants") in the above-referenced case.

I write to respectfully request a stay of the Initial Conference scheduled before Your Honor on January 15, 2021 at 3 PM. At this time, the parties are working together to resolve this action without further Court intervention. The parties request until February 15, 2021 to file the necessary settlement paperwork. If the parties are not prepared to file the settlement paperwork by February 15, 2021, we will contact the Court to request a new date for an Initial Conference with Your Honor. This is the first request for an adjournment of the Initial Conference.

This request is made with the consent of Plaintiff's counsel.

Thank you for your consideration of this request.

Respectfully submitted,

*Guy M. Allen*

Guy M. Allen

cc: All attorneys of record (By ECF)